Charcholla v Channel 13 News
2026 NY Slip Op 04130
June 26, 2026
Appellate Division, Fourth Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

DANIEL CHARCHOLLA, PLAINTIFF-APPELLANT,
v
CHANNEL 13 NEWS, ALSO KNOWN AS 13 WHAM, AND DEERFIELD MEDIA (ROCHESTER), INC., DEFENDANTS-RESPONDENTS.

Decided on June 26, 2026
MOTION NO. (35/26) CA 24-01650.
Present: Lindley, J.P., Bannister, Ogden, Nowak, And Delconte, JJ. (Filed June 26, 2026.)
[*1]
MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied. All concur except OGDEN, J., who dissents in part and votes to grant leave to appeal to the Court of Appeals.